Certificate Number: 12433-PAM-DE-033047336

Bankruptcy Case Number: 19-02371



12433-PAM-DE-033047336

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on July 1, 2019, at 1:44 o'clock PM EDT, Daniel Michael Cuccio completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:  July 1, 2019       By:   /s/Candace Jones

                          Name: Candace Jones

                          Title: Counselor