Certificate Number: 12433-PAM-DE-033047335

Bankruptcy Case Number: 19-02371



12433-PAM-DE-033047335

# C<span style="font-variant:small-caps">ertificate</span> O<span style="font-variant:small-caps">f</span> D<span style="font-variant:small-caps">ebtor</span> E<span style="font-variant:small-caps">ducation</span>

I CERTIFY that on July 1, 2019, at 1:44 o'clock PM EDT, Natalia Danuta Cuccio completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: July 1, 2019

By: /s/Candace Jones

Name: Candace Jones

Title: Counselor